**Order filed, July 9, 2018.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-18-00501-CV

———————

### BRENDA F MORGAN, Appellant

### V.

### MEADOWCREST COMMUNITY HOMEOWNERS ASSOCIATION, INC., Appellee

On Appeal from the 400th District Court
Fort Bend County, Texas
Trial Court Cause No. 13-DCV-206982

## ORDER

The reporter's record in this case was due July 3, 2018. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Karen Rothman, the court reporter, to file the record in this appeal **within 15 days** of the date of this order.

PER CURIAM